**COUNSEL**
Milton Florez, Esq.
Michael Horn, Esq.

# JOHN L. RUSSO
*Attorney at Law*
J.L. Russo, P.C.
31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel:  718 · 777 · 1277
Fax:  718 · 204 · 2310
Email: *JLRussoPC@Gmail.com*

**PARALEGAL**
Maria Nunez, B.S.

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/19

November 20, 2019

**Via ECF Only**
Honorable Naomi Reice Buchwald
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: U.S. v. Cesar Pereyra-Polanco
Case: 19 CR 00010 (NRB)

Your Honor:

ENDORSEMENT

Given that defense counsel has failed to comply with two prior deadlines for his pre-sentence submission and given the lack of detail in this request, the request to adjourn the sentencing, which is still weeks away, is denied. The Court expects immediate compliance with its letter of October 24, 2019. So Ordered.

Naomi Reice Buchwald, USDJ
11/20/19

This office represents Cesar Pereyra-Polanco, the defendant in the above referenced matter which is scheduled for sentencing before the Court on December 12, 2019.

**By this letter, we respectfully request that the Court adjourn Mr. Pereyra-Polanco's sentencing to a date after January 6, 2020.** The requested adjournment will permit Mr. Pereyra and his family to make the necessary arrangements to attend and support him at his sentencing, and further provide us with an opportunity to gather various materials in support of his sentencing submission.

AUSA Rothman has been advised and consents to this adjournment request. The Court's consideration of greatly appreciated. Thank you.

Yours truly,

*John Russo*
John L. Russo (JR6200)

JLR:mn
cc: AUSA Rothman (ECF)