UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

- against -

CESAR PEREYRA-POLANCO,

          Defendant.
----------------------------------X

**ORDER**

19 Cr. 10 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Sentencing is rescheduled for January 7, 2020 at 2:30 P.M. The Government's sentencing submission is due on December 18, 2019.

**SO ORDERED.**

Dated:   New York, New York
         November 25, 2019

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/19